IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ALABAMA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 08-CV-881-MEF |
| | ) | |
| CENTERS FOR MEDICARE & | ) | |
| MEDICAID SERVICES, *et al.*, | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

## ORDER

The final Pretrial Conference scheduled in this case for February 25, 2011, trial

scheduled for March 21, 2011, and all deadlines contained in this Court's Uniform

Scheduling Order associated with the trial are CANCELLED.

Done this the 14th day of February, 2011.

                         /s/ Mark E. Fuller
                  CHIEF UNITED STATES DISTRICT JUDGE