IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ALABAMA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 08-CV-881-MEF |
| | ) | |
| CENTERS FOR MEDICARE & | ) | |
| MEDICAID SERVICES, *et al.*, | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

1) Judgment is entered in favor of the Plaintiff, the State of Alabama and against the Defendants;

2) costs are hereby TAXED against the Defendants, and in favor of Alabama, for which execution may issue;

3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 18th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE